CALLIE HALL HOLTON, PLAINTIFF IN ERROR, v. S. J. PATTERSON AND HER HUSBAND, N. J. PATTERSON, DEFENDANTS IN ERROR.

Judgment affirmed upon the authority of State ex rel. Hampton   v. McClung, 47 Fla. . . . . . . 37   South   Rep.   51; Commercial Bank v. Towers, 48 Fla. . . . . . .37 South Rep. 742.

This case was decided by the Court En Banc.

Writ of   Error to the   Circuit   Court for   Hamilton County.

L. & N. R. R. Co. v. Wade—Syllabus.

*M. F. Horne.* for Plaintiff in Error.

*Johnson & Johnson*, for Defendants in Error.

PER CURIAM. In this cause the Chief Justice, Mr. Justice SHACKLEFORD and Mr. Justice CARTER are of opinion that the judgment appealed from should be affirmed, while Mr. Justice TAYLOR, Mr. Justice HOCKER and Mr. Justice COCKRELL are of opinion that it should be reversed. Under these circumstances, upon the authority of State *ex rel.* Hampton v. McClung, 47 Fla. ....., 37 South Rep. 51, and Commercial Bank v. Towers, 48 Fla. .... 37 South. Rep. 742, an order will be entered affirming the judgment from which the writ of error was taken.